UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

07-429-M-01

CR07 20056

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER |
| VERSUS | * | JUDGE  JUDGE MINALDI |
| ALFREDO LOYA, JR. | * | MAGISTRATE JUDGE |
| | | MAGISTRATE JUDGE WILSON |

## WARRANT FOR ARREST

**FILED**

TO:  The United States Marshal
and any Authorized United States Officer

AUG 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest **Alfredo Loyo, Jr.** bring him with the

nearest magistrate to answer an Indictment charging him with:

Count 1:   Transportation of Illegal Aliens
8 U.S.C. § 1324(a)(1)(A)(ii)

MILDRED E. METHVIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

_____
Signature of Issuing Officer

May 11, 2007 at Lafayette, Louisiana
Date and Location

Bail fixed at $_____ by _____
                                Name of Judicial Officer

ANTHONY SANTORO USM
EXECUTING OFFICER

AUGUST 29, 2007
DATE

Anthony Santoro USM

RECEIVED
MAY 11 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

07-429-M-01

CR07 20056

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| | * | |
| VERSUS | * | |
| | * | JUDGE MINALDI |
| | * | JUDGE |
| ALFREDO LOYA, JR. | * | MAGISTRATE JUDGE |

INDICTMENT

MAGISTRATE JUDGE WILSON

THE FEDERAL GRAND JURY CHARGES:

**FILED**

AUG 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COUNT 1

Transportation of Illegal Aliens
[8 U.S.C. § 1324(a)(1)(A)(ii)]

On or about the 6th day of May, 2007, at or near the City of Lake Charles, in the Parish of Calcasieu, Louisiana, within the Western District of Louisiana, the defendant, ALFREDO LOYA, JR., knowingly and in reckless disregard of the fact that certain aliens, had come to, entered and remained in the United States in violation of law, did transport and move the aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, and did commit an overt act that was a substantial step in furtherance of the act of transportation, that is, he placed illegal aliens in a motor vehicle in the Houston, Texas area and transported the illegal aliens in the motor vehicle on interstate highway I-10

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA.
BY _____
DATE MAY 11 2007

to Louisiana, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i). [8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i).]

A TRUE BILL:


DONALD W. WASHINGTON
United States Attorney

*[signature: James T. McManus (for)]*

By: JOSEPH T. MICKEL, Bar No. 9285
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618

2

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

CHARGES INITIATED BY: INDICTMENT   Filed at LAFAYETTE, LA

CR 07 20056

U.S. v. ALFREDO LOYA, JR.
DOB:
SSN:
ADDRESS:

MAGISTRATE JUDGE    MAGISTRATE JUDGE WILSON
JUDGE    JUDGE MINALDI

## CHARGES

OFFENSE LEVEL:    FELONY

OFFENSE(S) CHARGED AND CITATION:

Count 1:    Transportation of Illegal Aliens
8 U.S.C. § 1324(a)(1)(A)(ii)

RECEIVED
MAY 1 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

PLACE OF OFFENSE:    Western District of Louisiana

COMPLAINANT:    SSA James N. Thomas, Department of Homeland Security, U. S. Immigration and Customs Enforcement (ICE), 620 Esplanade Street, Room 101, Lake Charles, LA 70605, (337) 477-2112 and fax #(337) 477-8212.

## OTHER PROCEEDINGS AGAINST THIS DEFENDANT

Federal Criminal Complaint filed on 5/8/07 - Criminal Docket No. 07-MJ-2028. Initial appearance held on 5/8/07 before Magistrate Judge Alonzo P. Wilson. Preliminary Examination and Detention Hearing scheduled for 5/15/07 before Magistrate Judge Alonzo P. Wilson.

## CUSTODY INFORMATION

Presently in the custody of the Special Agents of ICE.

## ADDITIONAL INFORMATION OR COMMENTS

AUSA ASSIGNED TO CASE: Joseph T. Mickel (Bar ID #9285), 800 Lafayette Street, Suite 2200, Lafayette, LA 70501-6832, Telephone: (337) 262-6618, Fax: (337) 262-6680

ARREST WARRANT REQUESTED: Risk of Flight.